William W. Poor, Appellee, v. B. C. Hopper, Appellant. Gen. No. 9,243.

opinion filed October 15, 1940. PROVINE & WILLIAMS, for appellant; FLESHER & TAYLOR and THOMAS SWEENEY, for appellee. Opinion by JUSTICE HAYES. "Not to be published in full."